# LAW OFFICE OF SAM BRAVERMAN

| | |
|---|---|
| 901 Sheridan Avenue | PO Box 127 |
| Bronx, New York 10451 | Tenafly, New Jersey 07670 |
| Tel (718) 293-1977 | Braverlaw@aol.com |
| Fax (718) 293-5395 | Tel (201) 569-1595 |

*Sam Braverman, Admitted NY & NJ
*Giovanni Rosania, Admitted NY

July 6, 2011

The Honorable Brian M. Cogan
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:   United States v. Curanovic, et. al. (Dino Saracino)
         Case No. 08 Cr. 00240**

Dear Judge Cogan,

　　As the Court is aware, I was assigned pursuant to the Criminal Justice Act to represent Dino Saracino in the above referenced matter. Due to the volume of discovery material related to this matter, and the anticipated length of the representation in this case, I respectfully request the Court's permission to submit interim vouchers.

　　Thank you for your consideration of this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/Sam Braverman
　　　　　　　　　　　　　　　　　　　　Sam Braverman