# Law Office of Sam Braverman

901 Sheridan Avenue                                                           PO Box 127
Bronx, New York 10451                                      Tenafly, New Jersey 07670
Tel (718) 293-1977                                                     Tel (201) 569-1595
Fax (718) 293-5395                                                    Fax (201) 596-2724
Braverlaw@aol.com

July 13, 2011

Honorable Brian M. Cogan
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   **United States v. Curanovic, et. al. (Dino Saracino)**
          **Case No. 08 Cr. 00240**

Dear Judge Cogan,

Please be advised that attorney Louis Fasulo enters his notice of appearance as associate counsel to Sam Braverman for defendant Dino Saracino.

Respectfully submitted,

s/Sam Braverman
Sam Braverman

Cc:      All Counsel

The Law Office of Sam Braverman is a full service firm assisting clients, both in trial courts and on appeal,
in New York and New Jersey state courts and in federal court nationwide