

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East
Brooklyn, New York 11201*

August 1, 2011

<u>By Federal Express</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

Samuel M. Braverman, Esq.
901 Sheridan Avenue
Bronx, NY 10451

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

   Re:  United States v. Thomas Gioeli, et al.
      <u>Criminal Docket No. 08-240 (BMC)</u>

Dear Counsel:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following enclosed additional discovery in the above-captioned case. The government also renews its request for reciprocal discovery.

| <u>EXHIBIT</u> | <u>DESCRIPTION</u> |
|---|---|
| 1249 | Articles published in the <u>New York Times</u> on August 27 and 28, 1997 regarding the murder of Ralph Dols |
| 1250 | Articles published in the <u>New York Daily News</u> in August 1997 and August 2004 regarding the murder of Ralph Dols |
| 1251 | Articles published in the <u>New York Post</u> in August 1997 regarding the murder of Ralph Dols |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
August 1, 2011
Page 2

| EXHIBIT | DESCRIPTION |
|---|---|
| 1252 | Photographs of Dino Saracino and others taken during the wedding of David Gordon |
| 1253 | Surveillance photographs of Dino Saracino taken between May 6 and May 8, 2008 |
| 1254 | Federal Bureau of Investigation ("FBI") laboratory report dated September 22, 2010 regarding evidence collected in connection with the murder and burial of William Cutolo, Sr. |
| 1255 | FBI laboratory report dated October 29, 2010 regarding evidence collected in connection with the murder and burial of William Cutolo, Sr. |
| 1256 | FBI laboratory report dated November 24, 1999 regarding the electronic organizer which had belonged to William Cutolo, Sr. (the contents of the organizer were previously produced as Discovery Ex. 535) |
| 1257 | Records of the Office of the Medical Examiner, Suffolk County, New York regarding the autopsy performed on William Cutolo, Sr. (the autopsy report was previously produced as Discovery Ex. 496 and autopsy photographs were previously produced on Discovery Ex. 501) |
| 1258 | Compact disc ("CD") containing a consensual recording of James Tartaglione, Anthony Urso and Vincent Basciano, dated December 21, 2003 |
| 1259 | Transcript of December 21, 2003 consensual recording produced as Discovery Ex. 1258 |
| 1260 | New York City Police Department ("NYPD") latent print comparison report dated January 18, 2011 regarding a latent print collected in connection with the murder of Francesco Marasa |

Adam D. Perlmutter, Esq.
Samuel M. Braverman, Esq.
Susan Kellman, Esq.
August 1, 2011
Page 3

| EXHIBIT | DESCRIPTION |
|---|---|
| 1261 | Bureau of Prison inmate quarters history records for inmates Andrew Russo, Joseph Russo, Anthony Russo, Joseph Monteleone, Sr., Ralph Lombardo, Theodore Persico, Sr. And Theodore Persico, Jr., John DeRoss, Benjamin Castellazzo, Richard Fusco and John Franzese |

If you have any questions or requests, please contact us.

Sincerely,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: /s/James D. Gatta
Elizabeth A. Geddes
James D. Gatta
Cristina M. Posa
Assistant U.S. Attorneys

cc: Carl J. Herman, Esq. (by ECF) (w/o enclosures)
Louis V. Fasulo, Esq. (by ECF) (w/o enclosures)
David Stern, Esq. (by ECF) (w/o enclosures)
Jane Fisher-Byrialsen, Esq. (by ECF) (w/o enclosures)
Clerk of the Court (BMC) (by ECF) (w/o enclosures)