# **LAW OFFICE OF SAM BRAVERMAN**

901 Sheridan Avenue                                                                               PO Box 127
Bronx, New York 10451                                                                Tenafly, New Jersey 07670
Tel (718) 293-1977                                                                             Braverlaw@aol.com
Fax (718) 293-5395                                                                              Tel (201) 569-1595

*Sam Braverman, Admitted NY & NJ
*Giovanni Rosania, Admitted NY

August 4, 2011

*Via ECF and Hand Delivery*

United States Attorney's Office
For the Eastern District of New York
271 Cadman Plaza
Brooklyn, New York 11201

**Attn:   Elizabeth Geddes, AUSA**
**           James Gatta, AUSA**

**Re:    United States v. Dino Saracino**
**          Docket No.: 08 Cr 240 (BMC)**

Dear Ms. Geddes and Mr. Gatta:

　　　As you know, our office has recently been assigned to represent Defendant DINO SARACINO in the above-referenced matter.  Please accept this correspondence as a written request for potentially exculpatory material, pursuant to *Brady v Maryland*, 373 US 83 (1963).

　　　Our review of the voluminous electronic and hard-copy discovery materials provided by the Government reveals several documents and/or materials that are subject to the immediate and obligatory disclosure under *Brady*.  Please accept the following as our demand:

　　　1.  Any and all notes, memoranda, recordings, documents or evidence related to any and all proffer sessions held with Anthony Basile, by representatives of the Eastern District of New York, Southern District of New York, any law enforcement agent employed by the United States of America, the State of New York, or otherwise;

　　　2.  Any and all notes, memoranda or recordings related to meetings and proffer sessions with all Confidential Informants who testified or aided in the preparation of the trial of *United States v Persico* (Docket No. 04-cr-911), as relevant to Defendant Saracino, Defendant Gioeli, and all conspiracies and/or overt acts charged in the instant Indictment;

      3.  Any and all documents or evidence found in Alphonse Persico's apartment, and discussed in preparation for and during the trial of *United States v Persico*, related to Vincent DeMartino and/or payments in the sum of Fifty Thousand ($50,000.00) Dollars;

      4.  Any and all notes, memoranda or recordings related to meetings and proffer sessions with the Confidential Informant who implicated Vincent DeMartino in the death of William Cutolo, as well as the name and last known address of said Confidential Informant;

      5.  Any and all notes, memoranda or recordings related to meetings and proffer sessions with any and all Confidential Informants who implicated anyone other than Defendant Saracino and Defendant Gioeli in the death of Ralph Dols, as well as the name and last known address of said Confidential Informant; and

      6.  Any and all other materials currently in the possession of the United States Attorney's Office for the Eastern District of New York and Southern District of New York, or any and all other agencies of the United States of America, the State of New York or otherwise that may be exculpatory in nature regarding Defendant Saracino's alleged involvement in the crimes and overt acts charged in the instant Indictment.

      Given the short period of time prior to scheduled Jury selection in this matter, as well as the lengthy period of investigation and control over which the US Attorney's Office has already had in this matter, it is respectfully demanded that all such materials be produced for copying and inspection by Counsel forthwith.  Your failure to produce such materials forthwith will result in a motion for Dismissal of this Indictment, Sanctions and other relief.

      Very truly yours,

      s/Sam Braverman
      Samuel M. Braverman

Cc:    All Counsel Via ECF