```
DATE:                 May 22, 1992

PARTICIPANTS:

Thomas McLaughlin     -     MCLAUGHLIN
Dino Calabro          -     CALABRO


ABBREVIATION:

Unintelligible        -     [UI]
```

| | | |
|---|---|---|
| 1 | CALABRO: | I have to stay with Richie. |
| 3 | MCLAUGHLIN: | I was with him yesterday. |
| 5 | CALABRO: | What'd he say? |
| 7 | MCLAUGHLIN: | I says, I whipped the old man on him. |
| 9 | CALABRO: | What'd he say? |
| 11 | MCLAUGHLIN: | I said, "You can't be the man if you're going to work." |
| 14 | CALABRO: | What'd he say? |
| 16 | MCLAUGHLIN: | "I can't do things by myself." |
| 18 | CALABRO: | What? |
| 20 | MCLAUGHLIN: | "I can't do things by myself."  I said, "Listen, you ain't the man that did –" |
| 23 | CALABRO: | What do you mean, he can't do things by himself? |
| 25 | MCLAUGHLIN: | I don't know wanna hear one fuckin word. |
| 27 | CALABRO: | I know he's going to work. |
| 29 | MCLAUGHLIN: | He said, "I don't want to hear one fuckin' word out of your mouth.  You're the man.  He's like smirking, laughing. |
| 33 | CALABRO: | Yeah right. |
| 35 | MCLAUGHLIN: | You took a ride with Lurch to check out that thing, right? |
| 38 | CALABRO: | No. |
| 40 | MCLAUGHLIN: | Oh. |
| 42 | CALABRO: | What are you talking about?  Oh, no, no. |
| 44 | MCLAUGHLIN: | U/I. |
| 46 | MCLAUGHLIN: | You know our in-laws? |
| 48 | CALABRO: | Yeah. |

```
1    MCLAUGHLIN:     Two!
2
3    CALABRO:        Yeah?
4
5    MCLAUGHLIN:     Yeah.
6
7    CALABRO:        I don't know.
8
9    MCLAUGHLIN:     Yeah.
10
11   CALABRO:        I don't know what you mean.
12
13   MCLAUGHLIN:     Two, two goners.
14
15   CALABRO:        Movies?
16
17   MCLAUGHLIN:     Yeah.
18
19   CALABRO:        When?
20
21   MCLAUGHLIN:     Today.
22
23   CALABRO:        What time?
24
25   CALABRO:        I don't know.  You already seen it?
26
27   MCLAUGHLIN:     I didn't go to the movies, but I know.  But I
28                   know.
29
30   CALABRO:        Yeah?
31
32   MCLAUGHLIN:     You know my friend Happy, right?  We were chilling
33                   in front of the yard.
34
35   CALABRO:        Yeah.
36
37   MCLAUGHLIN:     The scummer who had a hard on for him.
38
39   CALABRO:        Yeah.
40
41   MCLAUGHLIN:     They were supposedly hanging in front of Rib's.
42
43   CALABRO:        Yeah.
44
45   MCLAUGHLIN:     Yeah.
46
47   CALABRO:        You watch TV and everything?
48
```

```
1    MCLAUGHLIN:     No, I just heard.
2
3    CALABRO:        Oh shit, people are nuts.  Let me know what
4                    happens.
```

```
DATE:                June 4, 1992

PARTICIPANTS:

Thomas McLaughlin    -    MCLAUGHLIN
Dino Calabro         -    CALABRO


ABBREVIATION:

Unintelligible       -    [UI]
```

```
 1    MCLAUGHLIN:    Where are you?
 2
 3    CALABRO:       Home.
 4
 5    MCLAUGHLIN:    Staying in?
 6
 7    CALABRO:       No, I gotta go out in a little while.  What are
 8                   you doing?
 9
10    MCLAUGHLIN:    Nothing.  I gotta shower.
11
12    CALABRO:       Coming out, right?
13
14    MCLAUGHLIN:    Yeah.
15
16    CALABRO:       Fuckin, shit.
17
18    MCLAUGHLIN:    It's nice out man.
19
20    CALABRO:       I know.
21
22    MCLAUGHLIN:    Going by yourself?
23
24    CALABRO:       This kid is like missing.
25
26    MCLAUGHLIN:    What, Lurch?
27
28    CALABRO:       Yeah.
29
30    MCLAUGHLIN:    He called yesterday, my house, but I wasn't home.
31                   He didn't beep me, nothing like that.
32
33    CALABRO:       What time?
34
35    MCLAUGHLIN:    Last night, some time.  I wasn't home.
36
37    CALABRO:       Last night?
38
39    MCLAUGHLIN:    Yeah.
40
41    CALABRO:       That's cause he wants the old scratch.
42
43    MCLAUGHLIN:    Nah, he owes me scratch.  Maybe, he does the whole
44                   missing in action on purpose.
45
46    CALABRO:       I don't know.
47
48    MCLAUGHLIN:    Why,  was he supposed to go with you today?
```

```
 1    CALABRO:       Yeah.
 2
 3    MCLAUGHLIN:    Does he know he's supposed to go?
 4
 5    CALABRO:       I left messages for him last night and even your
 6                   cousin's leaving messages.  Um, you know, just to
 7                   come today.  Cause I think we're gonna drive
 8                   somebody home.
 9
10    MCLAUGHLIN:    Oh.
11
12    CALABRO:       Mic, I'm tired man.
13
14    MCLAUGHLIN:    I woke up, I said forget it.
15
16    CALABRO:       Big Daddy's been up since 2:30.
17
18    MCLAUGHLIN:    What?
19
20    CALABRO:       Big Daddy's been up since 2:30.
21
22    MCLAUGHLIN:    What do you mean, this morning?
23
24    CALABRO:       Yeah.  I swear to god.
25
26    MCLAUGHLIN:    And you couldn't go back to sleep?
27
28    CALABRO:       I went back to sleep for a little while.  Then I
29                   got beeped, but I knew I had to go.
30
31    MCLAUGHLIN:    Oh you left in the morning?
32
33    CALABRO:       I left in the morning at 2:30.
34
35    MCLAUGHLIN:    Oh.
36
37    CALABRO:       I got up, I got up at quarter of three, I left and
38                   I got home at 6 o'clock, 7 o'clock.  And I tried
39                   to lay down for a while.
40
41    MCLAUGHLIN:    Uh huh.
42
43    CALABRO:       Fuckin' couldn't sleep.  I was sleeping and the
44                   car was beeping.
45
46    MCLAUGHLIN:    What time, what are you leaving in a little while?
47
48    CALABRO:       I'm gonna get a beep at 2 o'clock.  Will you be in
```

```
1                       before?
2
3    MCLAUGHLIN:        I'll try.
4
5    CALABRO:           What time is it?
6
7    MCLAUGHLIN:        12:30
8
9    CALABRO:           So it's an hour and a half.  I'm gonna be by the
10                      park
11
12   MCLAUGHLIN:        What one?
13
14   CALABRO:           P and O.  I'm gonna take my brother's car and then
15                      from there, I'll leave. Be there in an hour or so.
```

DATE:                June 4, 1992

PARTICIPANTS:

Thomas McLaughlin       -    MCLAUGHLIN
Richard Greaves         -    GREAVES


ABBREVIATION:

Unintelligible          -    [UI]

```
1    GREAVES:      Hello?
2
3    MCLAUGHLIN:   Lurch?
4
5    GREAVES:      Yeah?
6
7    MCLAUGHLIN:   I'm gonna talk to Fat Boy now, he'll do it for
8                  you.  Don't worry about it.
9
10   GREAVES:      What?
11
12   MCLAUGHLIN:   I'm gonna talk to Fat Boy now, he'll do it for
13                 you.
14
15   GREAVES:      [UI]
16
17   MCLAUGHLIN:   Alright, alright, alright.
18
19   GREAVES:      Listen-
20
21   MCLAUGHLIN:   I'm going to the park.  Want to meet me there and
22                 we'll talk?
23
24   GREAVES:      What time?
25
26   MCLAUGHLIN:   I'm leaving my house in about ten minutes.
27
28   GREAVES:      I've gotta get my suit and do a couple of things.
29
30   MCLAUGHLIN:   What time will you be by?
31
32   GREAVES:      Like about 3, 3:30?
33
34   MCLAUGHLIN:   I'm gonna be there between 3 and 3:30.
35
36   GREAVES:      Alright Zeke, alright.
```