

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 3, 2011

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Thomas Gioeli, et al.
            Criminal Docket No. 08-240 (S-6) (BMC)

Dear Judge Cogan:

       On September 12, 2011, the government filed a motion *in limine* to admit certain evidence and preclude the defendants from making certain references at trial.  On October 27, 2011, and November 1, 2011, the defendants filed their motions in opposition.  The government respectfully requests permission to

The Honorable Brian M. Cogan
November 3, 2011
Page 2

file its reply on or before November 18, 2011.  Counsel for the defendants have consented to this request.  The government does not request oral argument in connection with it's *in limine* motion.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                        By:   /s/ James D. Gatta
                               Elizabeth A. Geddes
                               James D. Gatta
                               Cristina M. Posa
                               Assistant U.S. Attorneys

cc:  Adam D. Perlmutter, Esq. (by ECF)
     Carl J. Herman, Esq. (by ECF)
     Samuel W. Braverman, Esq. (by ECF)
     Louis V. Fasulo, Esq. (by ECF)
     Clerk of the Court (BMC) (by ECF)