UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiffs.

    -v-

DINO SARACINO,

                      Defendant.
-------------------------------------------------X

**ORDER**

**08 Cr. 240 (BMC)**

Upon the application of DINO SARACINO, inmate number 76635-053, by his attorneys Sam Braverman and Louis V. Fasulo, for an Order authorizing the Federal Bureau of Prisons, Metropolitan Detention Center, to accept clothing (three men's suits, shirts, tie, and shoes) to hold and to give DINO SARACINO on a daily basis, so that he may dress appropriately for this Court at his trial, scheduled to begin on Tuesday, March 13, 2012 and will last approximately ten (10) weeks.

**IT IS HEREBY ORDERED**, that:

1. **Counsel shall supply the Federal Bureau of Prisons, Metropolitan Correctional Center with the above-referenced clothing. The Federal Bureau of Prisons shall then hold and supply said clothing to DINO SARACINO, inmate number 76635-053, for him to wear while attending his trial, scheduled to start March 13, 2012**

Dated:    New York, New York
            March 12, 2012

SO ORDERED 3/12/12

_____
HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT COURT JUDGE