Dear Judge Cogan, Your Honor,

My name is Felippo Saracinio. I am the father of Dino Saracinio. I am begging that my son Dino be released.

I came to this Country hoping to make a better life and future for my family, and me and was willing to work hard to accomplish that. Yet at the age of 55 I suffered a critical heart attack that almost took my life. My youngest, Franky was murdered and his killer's were never brought to justice; I consequently lost my wife that same year due to the pain of us loosing Franky. My oldest son gets married and moves to California. Dino and his four sons that range from 6yrs to 14 years old are all that I have left. The four boys and their mother live upstairs from me. They do not pay rent and I am responsible for the up bringing of my Grandchildren and the finances as well. This is way too much for me. I am 77 years old. As much as I Love them, I cannot raise them due do my mental and physical state.

These boys need their father to be released and returned home to them, so they can have the proper upbringing and I can be the Ideal Grandfather.

Thanking you in advance,

*Filippo Soracino*

Felippo Saracinio