



| | |
|---|---|
| ~~illegible~~ | |
| mush | 3½ |
| Bricks | 3 |
| TG | 3 |
| Nazi | 115 |
| Buzz | 14½ |
| Roy | 40 |
| Grey | 17½ |
| tony D | 5 |
| Lienen | 35 |
| Sean | 10 |
| truck | 10 |
| Green | 7 |
| Casa | 53 |
| FF | 23 |
| I | 2 |
| Bots | 1 |
| ~~illegible~~ | |
| Little Buzz | 2½ |
| Snoop | 24 |
| Wack | 1½ |
| Dave | 14 |
| JL | 100 |
| tony | 100 |
| casa | 184 |
| Bar | 45 |
| Sarino | 7 |
| Pepe | 8 |
| Peter | 25 |
| tyrone | 17 |


