**Exhibit C**

| Name | Amount | Corresponding Loan Amount |
|---|---|---|
| Mush | 3.5 | $ 3,500 |
| Bricks | 3 | $ 3,000 |
| TG | 3 | $ 3,000 |
| Nazi | 115 | $ 115,000 |
| Buzz | 14.5 | $ 14,500 |
| Roy | 40 | $ 40,000 |
| Greg | 17.5 | $ 17,500 |
| tony D | 5 | $ 5,000 |
| L[U/I] | 35 | $ 35,000 |
| Sean | 10 | $ 10,000 |
| truck | 10 | $ 10,000 |
| Green | 7 | $ 7,000 |
| Casa | 53 | $ 53,000 |
| FF | 23 | $ 23,000 |
| I | 1 | $ 1,000 |
| Bats | 1 | $ 1,000 |
| Little Buzz | 2.5 | $ 2,500 |
| S[U/I] | 24 | $ 24,000 |
| Wack | 1.5 | $ 1,500 |
| Dave | 14 | $ 14,000 |
| JC | 100 | $ 100,000 |
| tony | 100 | $ 100,000 |
| Casa | 184 | $ 184,000 |
| Bar | 45 | $ 45,000 |
| Sarino | 7 | $ 7,000 |
| Pepe | 8 | $ 8,000 |
| Peter | 25 | $ 25,000 |
| tyrone | 17 | $ 17,000 |
| Total | 869.5 | $ 869,500 |