

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:LDM:CSK
F. #2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 6, 2019

By ECF
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Dino Saracino
                Criminal Docket No. 06-240 (S-6) (BMC)

Dear Judge Cogan:

      The United States respectfully submits for the Court's approval the enclosed proposed Final Order of Forfeiture as to Substitute Assets ("Substitute Assets FOF") against the defendant, Dino Saracino, pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, 18 U.S.C. § 19633(m) and 21 U.S.C. § 853(p).

      Pursuant to the terms of the Preliminary Order of Forfeiture as to Substitute Assets ("Substitute Assets POF") entered on or about January 4, 2019, forfeiting all right, title and interest in certain Seized Property, the United States was directed to judicially seize and commence publication. (Docket No. 2070). Publication was completed on April 19, 2019. (Docket No. 2071). No third party claims have been filed and, now that the claim period has expired, the government respectfully requests that the Substitute Assets FOF be entered.

      Thank you for Your Honor's consideration of this submission.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/ Claire S. Kedeshian
      Claire S. Kedeshian
      Assistant U.S. Attorney
      (718) 254-6051